Commonwealth *v.* Cornitcher, Appellant.

Submitted September 14, 1970. *James L. Bross* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Esther R. Sylvester* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, SPAULDING, and CERCONE, JJ., would remand for an amended PCHA petition.